Janice Iannece BEYERS.

Donald Richmond, Forceno & Arangio, P.C., Robert Arangio and Raymond P. Forceno.

Petition of Forceno & Arangio, P.C., Robert Arangio and Raymond P. Forceno.

Supreme Court of Pennsylvania.

Aug. 21, 2006.

## ORDER

PER CURIAM.

AND NOW this 21st day of August 2006, the Petition for Allowance of Appeal is granted, with oral argument limited to the following issue:

Did the Superior Court err in holding that Pennsylvania's UTPCPL applies to an attorney's conduct in collecting and distributing settlement proceeds?

M. Diane KOKEN, Insurance Commissioner of the Commonwealth of Pennsylvania,

v.

RELIANCE INSURANCE COMPANY, Vitas Healthcare Corporation, Vitas Holdings, Vitas Healthcare of Texas, Magellan Reinsurance Co. Ltd., RBH Reinsurance Co., Celanese Americas Corporation Ins. Ltd., Elmwood Ins. Ltd., Celwood Ins. Co., Citicorp Ins. USA, Citicorp, Clients Assurance Pool Ltd., CSX Ins., Fuji Bank, Guaranty Associations I, NM Mutual, SW Casualty, Ellen Diamond, Earthtech Inc., Intervenors.

Appeal of Randall Allen.

Supreme Court of Pennsylvania.

Aug. 21, 2006.

## ORDER

PER CURIAM.

AND NOW, this 21st day of August, 2006, the Order of the Commonwealth Court is AFFIRMED.